UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | *5:22-cv-01508-AB (MAR)* | Date: October 14, 2022 |
| Title | *Gaylord A. McKenzie v. Warden* | |

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA BUSTOS | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**

Petitioner has filed the instant Petition for Writ of Habeas Corpus pursuant to U.S.C. § 2254 ("section 2254").  ECF Docket No. ("Dkt.") 1.  On September 1, 2022, the Court issued an Order to Show Cause Why Claim Three Should Not Be Dismissed ("OSC").  Dkt. 6.  To date, Plaintiff has not responded to the Court's OSC.

Accordingly, Plaintiff is ordered to show cause in writing **within twenty-one (21) days** of this Order, **by November 4, 2022**, why Claim Three should not be dismissed as unexhausted.  The Court will consider any of the following two (2) options to be an appropriate response to this OSC:

(1) Plaintiff shall elect one of the three (3) options from the Court's September 1, 2022 OSC; or
(2) Plaintiff shall provide the Court with an explanation as to why he has failed to respond to the Court's September 1, 2022 OSC.

**The Court warns Petitioner that failure to timely respond as directed in this Order <u>will</u> result in dismissal of Claim Three as unexhausted.**

IT IS SO ORDERED.

| | : |
|---|---|
| | **Initials of Preparer**   eb |