UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLORD A. MCKENZIE,<br><br>                Petitioner,<br><br>        v.<br><br>WARDEN,<br><br>                Respondent. | Case No. 5:22-cv-01508-AB (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Respondent's Motion to Dismiss be **GRANTED** and Judgment be entered: (1) accepting this Report and Recommendation; (2) **DENYING** the Petition; and (3) **DISMISSING** this action with prejudice.

Dated: April 12, 2024

_____

HONORABLE ANDRÉ BIROTTE JR
United States District Judge