JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLORD A. MCKENZIE,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　　　　Respondent. | Case No. 5:22-cv-01508-AB (MAR)<br><br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated:  April 12, 2024



　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR
　　　　　　　　　　　　　　United States District Judge